```
1  KEITH MCDANIELS (S.B. NO. 189213)
   THOMAS RUPP (S.B. NO. 278041)
2  **KELLER & BENVENUTTI LLP**
3  650 California Street, Suite 1900
   San Francisco, California 94108
4  Telephone:   (415) 484-6098
   Facsimile:   (650) 636-9251
5
   Attorneys for Wolk, Inc. and Sourabh Niyogi
6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-31182 |
| CROSS CHANNEL, INC., | Chapter 7 |
| Debtor. | **EX PARTE APPLICATION FOR STIPULATED PROTECTIVE ORDER** |
| | [No Hearing Requested] |

Wolk, Inc. and Sourahb Niyogi represent as follows:

1.  Cross Channel, Inc. (the "Debtor") filed a voluntary chapter 7 petition in this court on October 30, 2019. E. Lynn Schoenmann is the duly appointed chapter 7 trustee in this case (the "Trustee").

2.  Mr. Niyogi is the Debtor's former president and CEO. Mr. Niyogi is currently the Chief Executive Officer of Wolk.

3.  On February 28, 2019, the Trustee filed two separate ex parte applications for orders requiring production of documents and appearances at a Rule 2004 examination for Wolk and Mr. Niyogi [Docket Nos. 14 and 15].

4. On March 5, 2019, the Court entered two orders granting the Trustee's applications [Docket Nos. 17 and 18].

5. Wolk and Mr. Niyogi wish to cooperate with the Trustee in the production of the requested documents.

6. Because Wolk and Mr. Niyogi believe that some of the documents contain sensitive, confidential material both of a commercial and personal nature, they have requested, and the Trustee has agreed, to seek an order from this Court governing the protection of such confidential material.

7. Wolk and Mr. Niyogi have entered into a stipulation with the Trustee, filed concurrently herewith, that outlines the terms they have agreed to for protecting confidential material and that would be incorporated into an order by this Court.

WHEREFORE, Wolk and Mr. Niyogi request that the Court enter the order, substantially in the form attached hereto as Exhibit A, approving the stipulation for protective order.

Dated: April 17, 2019

**KELLER & BENVENUTTI LLP**

/s/
Keith A. McDaniels

*Attorneys for Wolk Inc. and Sourabh Niyogi*